# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| DANIEL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.,<br><br>Defendant. | Case No. 3:17-cv-00174-NBB-JMV |

## ORDER STAYING THESE PROCEEDINGS

This Court has considered the Defendant's Unopposed Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED in part. All proceedings and deadlines in this case are stayed until the earlier of Jan 2, 2018, or entry of an order by the Judicial Panel on Multidistrict Litigation **denying** transfer and consolidation of this action in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

SO ORDERED this 16th day of October, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE